IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHAJUAN HARRIS, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-163 |
| PERFECT HEALTH ALWAYS ON CALL, LLC, d/b/a Perfect Health, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. 12.) Plaintiff's notice was filed prior to Defendant having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of February, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA